IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PAREDES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BURTON, et al.,<br><br>　　　　Defendants. | No.  2:20-CV-0259-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request for leave to proceed without payment of filing pees, which the Court construes as a motion to proceed in forma pauperis. ECF No. 3. Plaintiff has submitted a declaration that makes the showing required under 28 U.S.C. § 1915(a).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed without payment of filing fees is construed as a motion for leave to proceed in forma pauperis.

2. The Clerk of the Court is directed to docket the request for leave to proceed without payment of filing fees (ECF No. 3) as a motion.

3. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 3) is **GRANTED**.

Dated: April 27, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE