IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PAREDES,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT BURTON,<br><br>          Defendant. | No. 2:20-cv-00259-TLN-DMC<br><br>**ORDER** |

Plaintiff Joel Paredes ("Plaintiff"), a prisoner proceeding *pro se*, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 23, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 20.) No objections to the findings and recommendations have been filed.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Thus, pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed July 23, 2021 (ECF No. 20), are ADOPTED IN FULL;

    2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with the Court's rules and Orders; and

    3. The Clerk of the Court is directed to enter judgment and close this file.

    IT IS SO ORDERED.

Dated:  September 7, 2021

Troy L. Nunley
United States District Judge